No. 93–1834. AQUARIAN FOUNDATION ET AL. *v.* WASHINGTON. C. A. 9th Cir. Certiorari denied.

No. 93–1837. ABBOTT *v.* SHEARSON LEHMAN HUTTON, INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 93–1853. HARTLINE, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF HARTLINE, ET AL. *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 93–1862. MESSA *v.* FOLEY, SECRETARY OF DEPARTMENT OF LABOR AND INDUSTRY OF PENNSYLVANIA, ET AL. C. A. 3d Cir. Certiorari denied.

No. 93–1895. THOMAS, A MINOR BY THOMAS ET AL., HIS NATURAL PARENTS AND GUARDIANS *v.* ZUBRITZKY ET AL. Super. Ct. Pa. Certiorari denied.

No. 93–1901. BEDDOE *v.* SPILLMAN ET AL. C. A. 9th Cir. Certiorari denied.

No. 93–1905. KODAK, FKA KOZUCK *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 3d Cir. Certiorari denied.

No. 93–1919. BERGMANN *v.* LEE DATA CORP. ET AL. Ct. App. Minn. Certiorari denied.

No. 93–5738. HARRISON *v.* KENTUCKY. Sup. Ct. Ky. Certiorari denied.

No. 93–5743. BOGDANOFF *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–6747. THIGPEN ET AL. *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93–7000. FISHER *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 93–7159. MCLEAN *v.* HAMBLEN ET AL. C. A. 4th Cir. Certiorari denied.

No. 93–7604. YEPES-GONZALEZ *v.* IMMIGRATION AND NATURALIZATION SERVICE. C. A. 2d Cir. Certiorari denied.